UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>VBC MADISON, LP, a Washington Limited Partnership; FRONTIER DEVELOPMENT COMPANY, a Washington corporation; RSUI INDEMITY COMPANY, a foreign insurer; STRS OHIO WA REAL ESTATE INVESTMENT, LLC, a foreign limited liability company; ABC BUSINESS ENTITIES I-V, foreign insurers,<br><br>Defendants. | No.  2:24-cv-2168<br><br>**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS ABC BUSINESS ENTITLES I-V** |

### I.  NOTICE

Pursuant to FRCP 41(a), Plaintiff Kinsale Insurance Company, by and through its attorney of record, hereby voluntarily dismisses Defendants ABC Business Entities I-V with prejudice and without fees or costs to any party.

DATED this 5th day of June 2025.

LETHER LAW GROUP

*/s/ Thomas Lether*

| | |
|---|---|
| 1 | |
| 2 | /s/ Kasie Kashimoto |
|   | /s/ Jake Henke |
|   | Thomas Lether, WSBA #18089 |
| 3 | Kasie Kashimoto, WSBA #54268 |
|   | Jake Henke, WSBA #60346 |
| 4 | 1848 Westlake Ave N., Suite 100 |
|   | Seattle, WA 98109 |
| 5 | P: 206-467-5444 F: 206-467-5544 |
|   | tlether@letherlaw.com |
|   | kkashimoto@letherlaw.com |
| 6 | jhenke@letherlaw.com |
|   | *Counsel for Kinsale Insurance Company* |

NOTICE AND [PROPOSED] ORDER OF VOLUNTARY
DISMISSAL OF DEFENDANTS ABC BUSINESS ENTITIES I-V
– 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444/F: (206) 467-5544

II.     ~~[PROPOSED]~~ ORDER

Pursuant to the foregoing Notice of Voluntary Dismissal, it is hereby ORDERED that Defendants ABC Business Entities I-V are dismissed from this action with prejudice, and this dismissal is effectuated without an award of fees or costs to any party.

DATED  June 6, 2025                              .

_____
Lauren King
United States District Judge

Presented By:

LETHER LAW GROUP

*/s/ Thomas Lether*
*/s/ Kasie Kashimoto*
*/s/ Jake Henke*
Thomas Lether, WSBA #18089
Kasie Kashimoto, WSBA #54268
Jake Henke, WSBA #60346
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com
kkashimoto@letherlaw.com
jhenke@letherlaw.com
*Counsel for Kinsale Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Kasey D. Huebner, WSBA #32890
Miles Bludorn, WSBA #54238
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
khuebner@gordontilden.com
mbludorn@gordontilden.com
*Counsel for Defendant, Frontier Development Company*

Todd C. Hayes, WSBA No. 26361
Charles K. Davis, WSBA No. 38231
HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
todd@harperhayes.com
cdavis@harperhayes.com
*Counsel for Defendant, VBC Madison, LP*

Shawn Q. Butler, WSBA #45731
Helsell Fetterman LLP
800 Fifth Avenue, Suite 3200
Seattle, WA 98104
sbutler@helsell.com
*Counsel for Defendant, RSUI Indemnity Company*

**By:**     ☒ **ECF/Email**

Dated this 5th day of June 2025 at Seattle, Washington.

*/s/ Brittany Lang*
Brittany Lang | Paralegal